Jr., and *Carl L. Steiner* for appellants in No. 908. *George S. Dixon* for appellant in No. 916. *Solicitor General Marshall, Assistant Attorney General Turner, Richard A. Posner, Robert B. Hummel, Robert W. Ginnane, Fritz R. Kahn* and *Robert S. Burk* for the United States et al. in No. 924. *Thormund A. Miller, Amos M. Mathews, J. D. Feeney, Robert F. Munsell, James W. Hoeland, Paul R. Duke, Francis M. Shea, William H. Dempsey, Jr., Walter J. Myskowski* and *James A. Bistline* for railroad appellees in all three cases. *D. Robert Thomas* and *Giles Morrow* for freight forwarder appellees in all three cases. Reported below: 244 F. Supp. 955.

No. 963. TRAVIS *v.* UNITED STATES. C. A. 9th Cir. Certiorari granted. *John T. McTernan* and *William B. Murrish* for petitioner. *Solicitor General Marshall, Assistant Attorney General Yeagley, Kevin T. Maroney* and *Robert L. Keuch* for the United States.

No. 884. NATIONAL LABOR RELATIONS BOARD *v.* C & C PLYWOOD CORP. C. A. 9th Cir. Certiorari granted and case set for oral argument immediately following No. 876. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for petitioner. *George J. Tichy* for respondent.

No. 960. BERENYI *v.* DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 1st Cir. Certiorari granted. *Charles Spar* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for respondent.